**Ronald J. HERMAN, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 2012–3056.**

United States Court of Appeals, Federal Circuit.

Feb. 14, 2012.

Dennis L. Friedman, Philadelphia, PA, for Petitioner.

**ON MOTION**

**ORDER**

Ronald J. Herman moves to withdraw his petition for review as premature.

Upon consideration thereof,

IT IS ORDERED THAT:

898

(1) The motion is granted.

(2) Each side shall bear its own costs.